UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASYA LEVY,<br><br>                              Plaintiff,<br><br>         - against -<br><br>JPMORGAN CHASE & COMPANY,<br><br>                              Defendant. | Docket No. 3:17-cv-06363-PGS-TJB |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against Defendant Chase Bank USA, N.A., incorrectly named in the complaint as JPMorgan Chase & Company, in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:        January 12, 2018

| | |
|---|---|
| MARCUS & ZELMAN, LLC<br>*Attorneys for Plaintiff*<br>*Basya Levy* | WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>*Attorneys for Defendant*<br>*Chase Bank USA, N.A.* |
| By:   /s/ Yitzchak Zelman<br>        Yitzchak Zelman, Esq.<br>1500 Allaire Avenue, Suite 101<br>Ocean, New Jersey 07712<br>Tel:  732-695-3282<br>Fax: 732-298-6256<br>Email:  yzelman@marcuszelman.com | By:  /s/ Ryan M. Chabot<br>        Ryan M. Chabot, Esq.<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>Email: ryan.chabot@wilmerhale.com |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASYA LEVY,<br><br>                    Plaintiff,<br><br>     - against -<br><br>JPMORGAN CHASE & COMPANY,<br><br>                    Defendant. | Docket No. 3:17-cv-06363-PGS-TJB |

# DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 12, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:17-cv-06363-PGS-TJB, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _____ **day of** _____, **2018.**

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE