UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASYA LEVY,<br><br>         Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE & COMPANY,<br><br>         Defendant. | Docket No. 3:17-cv-06363-PGS-TJB |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 12, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:17-cv-06363-PGS-TJB, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** \_\_\_16\_\_\_ **day of** _January_, 2018.

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE